FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2019 JUL 31 PM 3:52
CLERK M. akin
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| CHARVETTE E. MONROE, as Executrix of the Estate of Margie G. Evans, | * * * * | |
| Plaintiff, | * * | |
| v. | * | CV 119-062 |
| | * | |
| JOHNSON & JOHNSON, a Foreign Corporation; JOHNSON & JOHNSON CONSUMER, INC., a Foreign Corporation f/k/a JOHNSON & JOHNSON CONSUMER COMPANIES, INC.; IMERYS TALC AMERICA, INC., a Foreign Corporation f/k/a LUZENAC AMERICA, INC. f/k/a RIO TINTO MINERALS, INC.; PTI ROYSTON, LLC, a Georgia Limited Liability Company d/b/a PHARMA TECH INDUSTRIES; and JOHN DOE CORPORATIONS NO.S 1-10, | * * * * * * * * * * * * * * * | |
| Defendants. | * | |

# **O R D E R**

Before the Court is Plaintiff's Emergency Motion to Remand. (Doc. 6.) Initially, Defendants Johnson & Johnson and Johnson & Johnson Consumer, Inc. ("Johnson & Johnson Defendants") opposed Plaintiff's motion but later withdrew their opposition. (Doc. 32.) No other defendants filed briefs opposing remanding this case. Therefore, Plaintiff's motion to remand is now deemed unopposed. See LR 7.5, SDGa.

Courts "apply a general presumption against the exercise of federal jurisdiction, such that all uncertainties as to removal jurisdiction are to be resolved in favor of remand." Scimone v. Carnival Corp., 720 F.3d 876, 882 (11th Cir. 2013) (citation and internal quotation marks omitted). "A removing defendant bears the burden of proving proper federal jurisdiction." Leonard v. Enterprise Rent A Car, 279 F.3d 967, 972 (11th Cir. 2002).

Upon consideration of the foregoing, **IT IS HEREBY ORDERED** that Plaintiff's Emergency Motion to Remand (Doc. 6) is **GRANTED**. The Clerk is **DIRECTED** to **REMAND** this action to the State Court of Richmond County, Georgia; **TERMINATE** all other pending motions, if any; and **CLOSE** this case before the Augusta Division of the United States District Court for the Southern District of Georgia.

**ORDER ENTERED** at Augusta, Georgia, this 31st day of July, 2019.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2